463 A.2d 50

Commonwealth v. Sayell, Appellant.

Submitted March 2, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Judgment of sentence affirmed.

463 A.2d 50

Commonwealth v. Simms, Appellant.

Submitted April 21, 1983. Joseph Scott O'Keefe, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.